■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS LEWIS, SR., Appellant. [716 NYS2d 188] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that County Court erred in denying his suppression motion following a *Wade* hearing. The single photograph identification procedure was not unduly suggestive; the police officer's identification of defendant from that photograph two hours after observing defendant during a face-to-face drug transaction was merely confirmatory, and thus there was no need for a *Wade* hearing (*see, People v Montgomery,* 213 AD2d 563, 564, *affd* 88 NY2d 926; *People v Wharton,* 74 NY2d 921, 922-923; *People v Chavys,* 263 AD2d 964, 965, *lv denied* 94 NY2d 821; *People v Miles,* 219 AD2d 685, 686-687, *lv denied* 87 NY2d 905, 88 NY2d 968). The sentence is not unduly harsh or severe. (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.